UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:   Mark Bennett and Angela D. Bennett

Chapter 13
Bankruptcy Case 03-40074
Judge Henry J. Boroff

**CLERK'S CERTIFICATION FOR TRANSMITTAL
OF RECORD ON APPEAL**

04-30158-MAP

I, JAMES M. LYNCH, Clerk of the United States Bankruptcy Court for the District of Massachusetts, do hereby certify that the annexed documents are copies of the original papers as described in the accompanying Designation of Record and constitute the Record on Appeal in the case entitled and numbered **Mark and Angela Bennett, Case number 03-40074 HJB** .

IN TESTIMONY WHEREOF, I HEREUNTO SET MY HAND AND AFFIX THE SEAL OF THIS COURT, AT WORCESTER , IN THE DISTRICT OF MASSACHUSETTS, THIS 17th DAY OF AUGUST .

Date: 8/17/04

James M. Lynch
Clerk, U.S. Bankruptcy Court



By the Court,

Alberto Barrera

Deputy Clerk
(508) 770- 8943

Receipt of the documents in the above-entitled case as described in the Designation of Record is hereby acknowledged this _16th_ day of _August 16_, _2004_
This case has been assigned No. _04-30158-MAP_

Mary Finn
DEPUTY CLERK

```
              UNITED STATES BANKRUPTCY COURT
             FOR THE DISTRICT OF MASSACHUSETTS
                      WESTERN DIVISION
```

| | |
|---|---|
| IN RE<br>   MARK BENNETT and<br>   ANGELA BENNETT<br>                  Debtors | Chapter 13<br>Case No: 03-40074-HJB |

NOTICE OF APPEAL

FRANCIS LAFAYETTE the counsel of record to debtor, appeals under U.S.C. § 158(a) or (b) from the order of the bankruptcy judge

07/08/2004   133   Memorandum of Decision Dated 7/8/04 Regarding [131] Motion to Reconsider [130] Order Filed by Attorney Francis Lafayette. A SEPARATE ORDER SHALL ISSUE. (sas, usbc)

07/08/2004   134   Order Dated 7/8/04 Denying [131] Motion to Reconsider [130] Order Filed by Attorney Francis Lafayette. (sas, usbc)

The names of all parties to the order appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

```
     Appellant Francis Lafayette
     Debtor: Mark Bennett and Angela Bennett
     Attorney: Francis Lafayette
     Address:  Post Office Box 1020
               Palmer, MA 01069
               BBO# 282960
     Telephone: (413) 283-7785

     Appellee
     Trustee:  Denise M. Pappalardo
               Chapter 13 Trustee
     Address:  P.O. Box 16607
               44 Front Street, Suite 230
               Worcester, MA 01601
     Telephone: (508) 791-3300
```

                            Respectfully

                            */s/ Francis Lafayette, J.D.*<br>
                            Francis Lafayette, J. D.<br>
                            1024 Park Street<br>
                            Post Office Box 1020<br>
                            Palmer, MA 01069<br>
                            (413) 283-7785<br>
                            BBO# 282960

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

| | |
|---|---|
| IN RE<br>    MARK BENNETT and<br>    ANGELA BENNETT<br>                Debtors | Chapter 13<br>Case No: 03-40074-HJB |

CERTIFICATE OF SERVICE

I, Francis Lafayette, J. D. have served a copy of the DEBTOR'S notice of appeal on the following parties:

Richard King
Assistant US Trustee
Office Of United States Trustee
446 Main St Ste 14
Worcester MA 01608-2361

Denise M. Pappalardo
P.O. Box 16607
Worcester, MA 01601

Mark Bennett
Angela Bennett
109 Denver St.
Spfld, MA 01109

_____
Francis Lafayette, J. D.