# United States Bankruptcy Court
## District of Massachusetts

In re:

MARK BENNETT and
ANGELA BENNETT,

Debtors

Chapter 13

Case No. 03-40074-HJB

### ORDER

For the reasons set forth in this Court's Memorandum of Decision of even date, the "Motion for Reconsideration and to Allow Late Filing of Appeal on Grounds of Excusable Neglect (Fed. R. Bankr. P. 8002(c))" filed by Attorney Francis Lafayette is DENIED.

DATED:    July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc:  Francis Lafayette, Esq.
     Denise Pappalardo, Chapter 13 trustee
     United States trustee
     Mark and Angela Bennett

# United States Bankruptcy Court
## District of Massachusetts

| | |
|---|---|
| In re:<br><br>JOSEPH L. LaFRANCE,<br><br>Debtor | Chapter 13<br><br>Case No. 02-42450-HJB |
| In re:<br><br>MARTA L. OYOLA,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45398-HJB |
| In re:<br><br>HECTOR L. ROLON,<br><br>Debtor | Chapter 13<br><br>Case No. 02-45994-HJB |
| In re:<br><br>KATHLEEN M. DAIGNEAULT,<br><br>Debtor | Chapter 13<br><br>Case No. 02-46689-HJB |
| In re:<br><br>PETER AND DENISE CACI,<br><br>Debtor | Chapter 7<br><br>Case No. 02-47249-HJB |



| In re: | ) | |
| --- | --- | --- |
| | ) | Chapter 13 |
| MARK BENNETT and | ) | |
| ANGELA BENNETT | ) | Case No. 03-40074-HJB |
| | ) | |
| Debtor | ) | |

| In re: | ) | |
| --- | --- | --- |
| | ) | Chapter 13 |
| STEFAN DAVIS, | ) | |
| | ) | Case No. 03-40199-HJB |
| Debtor | ) | |

## MEMORANDUM OF DECISION

Before the Court is a "Motion for Reconsideration and to Allow Late Filing of Appeal on Grounds of Excusable Neglect (Fed. R. Bankr. P. 8002(c))" (the "Motion") filed by Attorney Francis Lafayette ("Attorney Lafayette"). The Motion does present an ironic picture, in that it seeks leave to file late an appeal of this Court's order of June 10, 2004 which, in turn, took action to ameliorate a variety of similar acts of neglect by Attorney Lafayette. See In re LaFrance, et. al., 2004 WL 1376363 (Bankr. D. Mass.).

As in the underlying case(s), Attorney Lafayette cites his allegedly poor physical condition and the side effects of medication as cause for his having failed to meet this important deadline. In the underlying cases, he claimed to have suffered from dental and back problems. Here, he claims to suffer from diabetes and polyneuropathy.

2

As in the LaFrance decision, this Court finds the existence of the alleged illnesses insufficient to justify Attorney Lafayette's failure to timely act. It is unlikely that either or any of these alleged conditions interfered in any material way with his ability to file a timely notice of appeal. This Court has checked with the records of the Clerk's Office and is advised (and takes judicial notice) that during the period of June 10, 2004 to June 21, 2004 in which the filing would have been timely, Attorney Lafayette:

1. appeared before this Court on June 16, 2004 in five (5) separate hearings; and

2. electronically filed eighty three (83) pleadings, five (5) of which were new bankruptcy cases, spread throughout the relevant period.[1]

A copy of that listing is attached hereto.

In light of the foregoing, this Court finds that Attorney Lafayette's failure to timely file his notice of appeal was within his control and resulted from his own inexcusable negligence. The Motion will, accordingly, be denied. A separate Order shall issue.

DATED:   July 8, 2004

Henry J. Boroff
United States Bankruptcy Judge

cc: Francis Lafayette, Esq.
Denise Pappalardo, Chapter 13 trustee
United States trustee
Debtors

---

[1] Eighteen were filed on weekend days.

3

## Report of Filings by Attorney Frances Lafayette
## June 10, 2004 through June 21, 2004

### June 10, 2004

**03-44298**
| | | |
|---|---|---|
| 53 | Motion to Reconsider | Bennett |
| 54 | Declaration Re: Electronic Filing | Bennett |

**03-45556**
| | | |
|---|---|---|
| 35 | Motion to Reconsider | Gorski |
| 36 | Declaration Re: Electronic Filing | Gorski |

**04-42668**
| | | |
|---|---|---|
| 11 | Schedules A-J | Adasiewicz |
| 12 | Chapter 13 Agreement between debtor and counsel | Adasiewicz |
| 13 | Chapter 13 Plan | Adasiewicz |
| 14 | Motion to Extend | Adasiewicz |
| 15 | Declaration Re: Electronic Filing | Adasiewicz |

**04-43304**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Pascale |
| 3 | Statement of Social Security Number(s) | Pascale |
| 4 | Declaration Re: Electronic Filing | Pascale |

**04-43338**
| | | |
|---|---|---|
| 1 | Voluntary Petition (Chapter 13)(Attorney) | Cabrera |
| 2 | Statement of Social Security Number(s) | Cabrera |
| 3 | Declaration Re: Electronic Filing | Cabrera |

Total Filings on:   June 10, 2004   15



**June 11, 2004**

**03-46928**
| | | |
|---|---|---|
| 24 | Motion to Convert Case to Chapter 7 | Moccio |
| 25 | Declaration Re: Electronic Filing | Moccio |

**03-47195**
| | | |
|---|---|---|
| 37 | Opposition | Kelly |
| 38 | Opposition | Kelly |

Total Filings on:   June 11, 2004   4



June 13, 2004

**04-43053**

| | | |
|---|---|---|
| 8 | Schedules A-J | McCarthy |
| 9 | Chapter 13 Plan | McCarthy |
| 10 | Motion to Extend | McCarthy |
| 11 | Chapter 13 Agreement between debtor and counsel | McCarthy |
| 12 | Declaration Re: Electronic Filing | McCarthy |

Total Filings on: June 13, 2004   5

**June 14, 2004**

| | | |
|---|---|---|
| **02-45468** | | |
| 123 | Stipulation | Babb |
| **04-43026** | | |
| 9 | Schedules A-J | Austin |
| 10 | Declaration Re: Electronic Filing | Austin |
| **04-43053** | | |
| 13 | Notice | McCarthy |

Total Filings on: **June 14, 2004** **4**



June 15, 2004

**02-47473**
  73   Opposition                                  Martin

**04-41885**
  19   Amended Chapter 13 Plan        Mulverhill
  20   Motion to Modify Plan            Mulverhill
  21   Amended Schedules              Mulverhill
  22   Motion to Amend Schedules     Mulverhill
  23   Declaration Re: Electronic Filing  Mulverhill

Total Filings on:   June 15, 2004    6

**June 16, 2004**

**02-44216**
50  Chapter 13 Trustee's Motion for Order Dismissing Case        Ranger

**03-47113**
52  Opposition                                                   Dion
53  Opposition                                                   Dion

**04-04300**
14  Stipulation                                                  Moreno

**04-40724**
65  Motion to Extend                                             Buckert
66  Motion to Extend                                             Buckert
67  Exhibit A                                                    Buckert
68  Amended Schedules                                            Buckert
69  Motion to Amend                                              Buckert

**04-42835**
8   Notice                                                       Yankson

**04-43426**
1   Voluntary Petition (Chapter 7)(Attorney)                     Wheeler
3   Statement of Social Security Number(s)                       Wheeler
4   Declaration Re: Electronic Filing                            Wheeler

**04-43440**
1   Voluntary Petition (Chapter 13)(Attorney)                    Arnold
2   Chapter 13 Plan                                              Arnold
4   Statement of Social Security Number(s)                       Arnold
5   Declaration Re: Electronic Filing                            Arnold

Total Filings on:   June 16, 2004    17

June 17, 2004

**03-46552**
| | | |
|---|---|---|
| 73 | Amended Chapter 13 Plan | Bouffard |
| 74 | Motion to Amend | Bouffard |
| 75 | Amended Schedules | Bouffard |
| 76 | Motion to Amend | Bouffard |
| 77 | Certificate of Service | Bouffard |
| 78 | Declaration Re: Electronic Filing | Bouffard |

**04-40833**
| | | |
|---|---|---|
| 21 | Opposition | Fenner |

Total Filings on:   June 17, 2004   7



June 18, 2004

**04-41219**
| | | |
|---|---|---|
| 41 | Stipulation | Kelley |
| 42 | Motion to Approve | Kelley |

Total Filings on:    June 18, 2004    2

Page 8 of 12

**June 19, 2004** 

**03-46346**
- 30  Objection to Claim — Provost-Lamy
- 31  Declaration Re: Electronic Filing — Provost-Lamy

**03-46928**
- 31  Notice of No Post Petition Creditors — Moccio
- 32  Declaration Re: Electronic Filing — Moccio

**04-42636**
- 12  Amended Chapter 13 Plan — Rolo
- 13  Motion to Amend — Rolo
- 14  Amended Schedules — Rolo
- 15  Motion to Amend Schedules — Rolo
- 16  Declaration Re: Electronic Filing — Rolo

**04-43537**
- 1  Voluntary Petition (Chapter 7)(Attorney) — Woods
- 3  Statement of Social Security Number(s) — Woods
- 4  Declaration Re: Electronic Filing — Woods

Total Filings on:  June 19, 2004   12



June 20, 2004

**04-40809**
  20   Opposition                                            Price

Total Filings on:   June 20, 2004    1

**June 21, 2004**

**01-43979**
  54  Notice of Post Petition Creditors    Moreno
  55  Statement of Intent    Moreno
  56  Declaration Re: Electronic Filing    Moreno

**02-40021**
  73  Motion to Incur Debt    Barrett

**02-45958**
  77  Opposition    Livingstone

**02-46690**
  69  Motion to Continue/Reschedule Hearing    Knoll
  71  Opposition    Knoll
  72  Certificate of Service    Knoll

**04-40249**
  33  Certificate of Service    Spears

**04-41129**
  13  Motion to Appear Telephonically    Beaucage

Total Filings on: June 21, 2004    10

Total Filings for this report:     83