UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| IN RE:<br><br>MARK BENNETT AND ANGELA BENNETT<br><br>Debtors<br><br>MARK BENNETT AND ANGELA BENNETT<br><br>Appellant<br><br>v.<br><br>PHOEBE MORSE,<br>UNITED STATES TRUSTEE,<br>DENISE M. PAPPALARDO,<br>STANDING CHAPTER 13 TRUSTEE<br><br>Appellees | Case No.: 3:04-cv-30158-MAP<br><br><br><br>Bankruptcy No.: 03-40074-HJB |

**MOTION OF APPELLANT ATTORNEY FRANCIS LAFAYETTE
TO ENLARGE DEADLINE FOR
FILING APPELLANT REPLY BRIEF**

Now comes Attorney Francis Lafayette, Appellant in the above captioned case, who moves this Honorable Court for an extension for filing his reply brief to the Appellee's Briefs.

The reason that more time is requested by Appellant Attorney Francis Lafayette to reply to the Appellee's Briefs of the Chapter 13 Trustee, Denise M. Pappalardo and the United States Trustee is that according to the Pacer Docket of the United States District Court, the Appellee's Briefs were due on September 3, 2004, but were not filed. The Appellee's Brief of the Chapter 13 Trustee, Denise M. Pappalardo, was filed late on September 29, 2004, and a copy was given by the Chapter 13

Trustee to the Appellant Attorney Lafayette on that same day, leaving him with only 7 days to review and file a reply brief by October 6, 2004. The Appellee's Brief of the United States Trustee was also due on September 3, 2004 and was not filed. A Motion to Extend Time until October 20, 2004 was filed on September 30, 2004. The Appellant has not been able to review or reply to the Appellee Brief of the United States Trustee as the Brief remains unfiled.

    Wherefore, the Appellant, Attorney Francis Lafayette requests that the filing deadline for the Reply Brief to both the Chapter 13 Trustee and the United States Trustee be extended 14 days from the day the United States Trustee's Appellee's Brief is filed.

Respectfully submitted,

Francis Lafayette, J.D.
1024 Park Street
P.O. Box 1020
Palmer, MA 01069
(413) 283-7785
BBO# 282960

## CERTIFICATE OF SERVICE

  I, Francis Lafayette, J.D., hereby certify that on October 7, 2004, I served a copy of the foregoing ***MOTION OF APPELLANT ATTORNEY FRANCIS LAFAYETTE TO EXTEND DEADLINE FOR FILING REPLY BRIEF*** to the parties as shown below on October 7, 2004.

                  _____
                  Francis Lafayette, J.D.

Denise M. Pappalardo
CHAPTER 13 TRUSTEE
PO Box 1020
Worcester, MA 01601

United States Trustee
446 Main St., 14th Floor
Worcester, MA 01608