**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **IN RE: Joseph LaFrance, et al** | **04-30153** |
| **IN RE: Marta Oyola, et al** | **04-30154** |
| **IN RE: Hector L. Rolon, et al** | **04-30155** |
| **IN RE: Peter Caci, et al** | **04-30157** |
| **IN RE: Bennett, et al** | **04-30158** |
| **IN RE: Davis, et al** | **04-30159** |
| **IN RE: Kathleen M. Daigneault, et al** | **04-30156** |

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that the above-entitled case has been   set   for

a Hearing re: Bankruptcy appeal    on   JUNE 2, 2005     at    2:00 P.M.

before Michael A. Ponsor, U.S. D.J   In   Courtroom #   1   on the   5th

floor.

|   |   |
|---|---|
|   | **SARAH THORNTON** |
|   | **CLERK OF COURT** |
| 4/8/05 |   |
|   | By: **/s/ Elizabeth A. French** |
| Date | **Deputy Clerk** |

**Notice sent to:**

**All counsel of record via mail and electronically**

(Notice of Hearing.wpd - 7/99)                                                                [kntchrgcnf.]
                                                                                               [ntchrgcnf.]